UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR HUNTER,

      Plaintiff,                Case No.  06-12491

v.                               District Judge Denise Page Hood
                                Magistrate Judge R. Steven Whalen

SWIFT LEASING CO., INC., et al.,

      Defendants.
_____/

## ORDER

Defendant having requested a withdrawal of its Motion to Compel (filed 9/20/06 ) [Doc #9] by a faxed request to withdraw filed October 4, 2006;

IT IS HEREBY ORDERED that Defendant's Motion to Compel [#9] is DISMISSED.

                               S/R. Steven Whalen
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE

Dated:  October 4, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 4, 2006.

                               S/Gina Wilson
                               Judicial Assistant