UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR HUNTER,

       Plaintiff,                    Case No.  06-12491

v.                                   District Judge Denise Page Hood
                                        Magistrate Judge R. Steven Whalen

SWIFT LEASING CO., INC., et al.,

       Defendants.
_____/

## ORDER

Defendant having requested a withdrawal of its Motion to Compel (filed 1/12/07) [Doc #17] by a faxed request to withdraw filed February 16, 2007;

IT IS HEREBY ORDERED that Defendant's Motion to Compel [#17] is DISMISSED.

                                                   S/R. Steven Whalen
                                                   R. STEVEN WHALEN
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: February 16, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 16, 2007.

                                                   S/Gina Wilson
                                                   Judicial Assistant